IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC. | ) ) |
| v. | ) Civil Action No. |
| APOTEX, INC., ET AL. | ) ) ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES**
**INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: See Attachment

Date of Expiration of Patent: See Attachment

Thirty Month Stay Deadline: May 5, 2023

| | |
|---|---|
| February 7, 2020 | /s/ Douglas E. McCann |
| Date | Attorney(s) for Plaintiff |

## ATTACHMENT

| PATENT NUMBER | EXPIRATION DATE OF PATENT |
|---|---|
| 7,390,791 | 5/7/2022** |
| 7,803,788 | 2/2/2022** |
| 8,754,065 | 8/15/2032 |
| 9,296,769 | 8/15/2032 |

**subject to extension based on pending Patent Term Extension applications

| DEFENDANT & REFERENCE LISTED DRUG | DATE PATENT OWNER RECEIVED NOTICE |
|---|---|
| Apotex's VEMLIDY Notice Letter | December 31, 2019 |
| Apotex's DESCOVY Notice Letter | December 31, 2019 |
| Apotex's ODEFSEY Notice Letter | December 31, 2019 |
| Lupin's VEMLIDY Notice Letter | January 3, 2020 |
| Lupin's DESCOVY Notice Letter | January 3, 2020 |
| Lupin's ODEFSEY Notice Letter | January 3, 2020 |
| Laurus Labs's VEMLIDY Notice Letter | January 7, 2020 |
| Laurus Labs's DESCOVY Notice Letter | January 8, 2020 |
| Shilpa's VEMLIDY Notice Letter | January 3, 2020 |
| Sunshine Lake's VEMLIDY Notice Letter | January 3, 2020 |
| Natco's DESCOVY Notice Letter | January 8, 2020 |
| Natco's Recertification DESCOVY Notice Letter | January 22, 2020 |
| Cipla's First DESCOVY Notice Letter | January 13, 2020 |
| Cipla's Second DESCOVY Notice Letter | January 13, 2020 |
| Cipla's First ODEFSEY Notice Letter | January 10, 2020 |
| Cipla's Second ODEFSEY Notice Letter | January 13, 2020 |
| Macleods's DESCOVY Notice Letter | January 16, 2020 |
| Hetero's VEMLIDY Notice Letter | January 16, 2020 |
| Hetero's DESCOVY Notice Letter | January 16, 2020 |