## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>APOTEX, INC., LUPIN LIMITED, LAURUS LABS LIMITED, SHILPA MEDICARE LIMITED, SUNSHINE LAKE PHARMA CO., LTD., NATCO PHARMA LIMITED, CIPLA LIMITED, MACLEODS PHARMACEUTICALS LTD., HETERO USA INC., HETERO LABS LIMITED UNIT-V, AND HETERO LABS LIMITED,<br><br>　　　　　　　　Defendants. | C.A. No. 20-00189 (MN) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on August 15, 2022, the parties filed under seal their [Proposed] Joint Pretrial Order (D.I. 460).

WHEREAS, attached to the [Proposed] Joint Pretrial Order as Exhibit 10C was Defendants' list of contested trial exhibits.

WHEREAS, the Court held a pretrial conference on August 29, 2022.

WHEREAS, on September 2, 2022, the Court entered an Order adopting the [Proposed] Joint Pretrial Order as modified by any discussion at the pretrial conference [D.I. 466].

WHEREAS, since the submission of the parties' [Proposed] Joint Pretrial Order, Defendants have made some amendments to their list of contested trial exhibits that was originally submitted as Exhibit 10C to the [Proposed] Joint Pretrial Order. These amendments include corrections to typographical errors in entries for DTX-147 and DTX-202. Defendants' amended trial exhibit list is annexed hereto as Attachment A.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys and subject to the approval of the Court, that Defendants' amended trial exhibit list annexed hereto as Attachment A shall be substituted for Exhibit 10C to the [Proposed] Joint Pretrial Order.

Dated: September 9, 2022

*/s/Grayson P. Sundermeir*
Douglas E. McCann (#3852)
Grayson P. Sundermeir (#6517)
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
dmccann@fr.com;
sundermeir@fr.com

*Attorneys for Plaintiff*
*Gilead Sciences, Inc.*

*/s/Adam W. Poff*
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6642
apoff@ycst.com

*Attorney for Defendants*
*Hetero Labs Limited, Hetero USA, Inc., and*
*Hetero Labs Ltd. Unit V*

*/s/James S. Green Jr.*
James S. Green, Jr. (#4406)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
jsgreen@svglaw.com

*Attorneys for Defendant*
*Cipla Limited*

SO ORDERED this _____ day of _____, 2022.

_____
HONORABLE MARYELLEN NOREIKA